**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNA MILMAN, on behalf of herself and on behalf of a Class of all other persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 100, Inclusive,<br><br>　　　　Defendant. | Case No. 8:18−cv−00686−JVS−SS<br><br>**CLASS ACTION**<br><br>**Assigned to:**<br>**Hon. James V. Selna**<br>**Courtroom 10C**<br><br>**ORDER RE: DISMISSAL**<br><br>Complaint Filed: April 23, 2018<br>FAC Filed: January 18, 2019<br>SAC Filed: May 15, 2019 |

# ORDER

**IT IS THEREFORE ORDERED:** Based on the stipulation of the parties, the Court Orders the following:

1. Plaintiff's claims are dismissed with prejudice; and
2. Plaintiff and Defendant are to bear their own fees and costs.

**IT IS SO ORDERED.**

Date: June 28, 2019

_____
Hon. James V. Selna
Judge of the U.S. District Court for
the Central District of California